UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YON RENEE WOODSON AWOONOR RENNER,<br><br>                    Plaintiff,<br><br>    -against-<br><br>NEW YORK STATE – PEOPLE OF NEW YORK, ET AL.,<br><br>                    Defendants. | 21-CV-5850 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the orders issued August 2, 2021, and January 3, 2022,

IT IS ORDERED, ADJUDGED AND DECREED that the action is dismissed for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 3, 2022
            New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                   Chief United States District Judge